**FILED**

February 15, 2018

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:18-cr-00010-TLN
        Plaintiff, )
)
v. )
)
) ORDER FOR RELEASE OF
EDGAR JIMENEZ, ) PERSON IN CUSTODY
)
        Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, EDGAR JIMENEZ, Case No. 2:18-cr-00010-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_\_\_  Release on Personal Recognizance

   _X_  Bail Posted in the Sum of: $25,000.00.

        _X_  Co-Signed Unsecured Appearance Bond

        \_\_\_  Secured Appearance Bond

        _X_  (Other) Conditions as stated on the record.

        _X_  (Other) The Defendant is ordered to be released on 2/16/2018 at 9:00 a.m. to the custody of the Pretrial Services Officer.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  2/15/2018  at  2:22 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge