McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:18-CR-010 TLN |
| --- | --- |
| Plaintiff, | 2:17-CR-234 TLN |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY TERMS OF SUPERVISED RELEASE |
| EDGAR JIMENEZ and BRENDA MIRANDA, | DATE: March 1, 2018 |
| Defendants. | COURT: Hon. Edmund F. Brennan |

The United States of America, through the undersigned Assistant U.S. Attorney, and counsel for Edgar Jimenez and Brenda Miranda hereby stipulate to the proposed modification of a term of supervised release for these two defendants, and ask that the Court order the modification. In support of the request and the proposed order, these parties represent the following.

Mr. Jimenez and Ms. Miranda are defendants in two indictments arising from a common investigation; Mr. Jimenez is a defendant in Case No. 2:18-cr-010 TLN, and Ms. Miranda is a defendant in Case No. 2:17-cr-234 TLN. Per earlier orders of this Court, these defendants are participating in residential treatment at the Wellspace Residential Treatment Program ("Wellspace"). Further, both defendants are subject to a special condition of release – generally imposed on all out-of-custody defendants in the indictments arising from the investigation – that they not have contact with any witness or co-defendant. Specifically, Special Condition 10 for Mr. Jimenez provides that he shall not "associate or have any contact with co-defendants unless in the presence of counsel or otherwise

1

approved in advance by the pre-trial services officer." Similarly, Special Condition 10 for Ms. Miranda provides that she shall not "associate or have any contact with any co-defendants or related case defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer." In practice, all defendants in the various related cases are prohibited from having contact with anyone on a sixty-one person list that the Government has provided to Pretrial Services, which in turn has provided it to all counsel.

At present, the Special Conditions noted in this stipulation may create an impediment to the treatment that Mr. Jimenez and Ms. Miranda are now receiving at Wellspace. The parties understand that these defendants may participate in treatment programs together, and that they may have ordinary, incidental contact due to the size of the facility and their mutual residence there. For this reason, the parties now propose the following modification to Special Conditions 10 for both defendants:

> You must not associate or have any contact with any co-defendants, related case defendants, witnesses or other identified individuals as directed by the Pretrial Services Officer unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer; provided, however, that Edgar Jimenez and Brenda Miranda may communicate with each other about matters reasonably related to the purpose of their receiving treatment at the Wellspace Residential Treatment Program ("Wellspace") during that time that both individuals are residing at Wellspace, and may have those ordinary brief interactions that may arise from the fact of their both residing at Wellspace, but about no other matters.

The parties request that all other terms and conditions of release for these defendants remain in full force and effect. See Dkt. No. 18, 2:18-cr-010 TLN; Dkt. No. 47, 2:17-cr-234 TLN. Further, nothing in this stipulation and proposed order affects any terms or conditions of any other person's terms

of supervised release.

Dated: March 1, 2018                                McGREGOR W. SCOTT
                                                    United States Attorney

                                            By:    /s/ OWEN ROTH
                                                    OWEN ROTH
                                                    Assistant United States Attorney

Dated: March 1, 2018
                                            By:    /s/ TODD LERAS
                                                    TODD LERAS
                                                    Counsel for Edgar Jimenez

Dated: March 1, 2018                        By:    /s/ J. TONEY
                                                    J. TONEY
                                                    Counsel for Brenda Miranda

## [PROPOSED] ORDER

The Court, having reviewed the aforementioned stipulation and finding that good cause has been shown, orders the modification of Special Conditions 10 applicable to Edgar Jimenez and Brenda Miranda, and adopts the proposed modified condition in the stipulation. All other terms and conditions of release applicable to Mr. Jimenez (Dkt. No. 10, 2:18-cr-010 TLN) and Ms. Miranda (Dkt. No. 47, 2:17-cr-234 TLN) remain in full force and effect.

In light of this stipulation and order, the earlier submission found at Docket Number 50, Case No. 2:17-cr-234 TLN, is stricken.

**SO ORDERED.**

Dated: March 2, 2018

                                                    Edmund F. Brennan
                                                    United States Magistrate Judge