PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR JIMENEZ,<br><br>Defendant. | CASE NO.  2:23-CR-00007-TLN<br>                    2:18-CR-00010-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 9, 2023<br>TIME:  9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 9, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until May 4, 2023, at 9:30 a.m., and to exclude time between March 9, 2023, and May 4, 2023, under Local Code T4.  In addition, the parties jointly request to continue the related Admit/Deny Hearing currently set for March 16, 2023, to May 4, 2023, at 9:30 a.m., so that both matters may be resolved together.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with

this case includes audio and video recordings of undercover drug transactions, law enforcement reports, and cellular telephone extractions.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time consult with her client, review the charges, review the discovery, conduct defense investigation, discuss potential resolution options, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 9, 2023 to May 4, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  February 21, 2023                    PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
                                             Assistant United States Attorney


Dated:  February 21, 2023                    /s/ TAMARA SOLOMAN
                                             TAMARA SOLOMAN
                                             Counsel for Defendant
                                             EDGAR JIMENEZ




**ORDER**

IT IS SO FOUND AND ORDERED this 21st day of February, 2023.




                                             Troy L. Nunley
                                             United States District Judge