1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO.  2:23-CR-00007-TLN
                                                2:18-CR-00010-TLN
12                 Plaintiff,
                                      STIPULATION REGARDING EXCLUDABLE
13           v.                       TIME PERIODS UNDER SPEEDY TRIAL
                                      ACT; FINDINGS AND ORDER
14 EDGAR JIMENEZ,
                                      DATE: July 27, 2023
15                 Defendant.         TIME:  9:30 a.m.
                                      COURT: Hon. Troy L. Nunley
16

17                      **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on July 27, 2023.

21       2.      By this stipulation, defendant now moves to continue the status conference

22 until October 26, 2023, at 9:30 a.m., and to exclude time between July 27, 2023, and

23 October 26, 2023, under Local Code T4.  In addition, the parties jointly request to continue

24 the related Admit/Deny Hearing currently set for July 27, 2023, to October 26, 2023, so

25 that both matters may be resolved together.

26       3.      The parties agree and stipulate, and request that the Court find the

27 following:

28               a)      The government has represented that the discovery associated with

this case includes audio and video recordings of undercover drug transactions, law enforcement reports, and cellular telephone extractions.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time consult with her client, review the charges, review the discovery, conduct defense investigation, discuss potential resolution options, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 27, 2023 to October 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 25, 2023                          PHILLIP A. TALBERT
                                               United States Attorney


                                               /s/ JUSTIN L. LEE
                                               JUSTIN L. LEE
                                               Assistant United States Attorney


Dated:  July 25, 2023                          /s/ TAMARA SOLOMAN
                                               TAMARA SOLOMAN
                                               Counsel for Defendant
                                               EDGAR JIMENEZ


### ORDER

IT IS SO FOUND AND ORDERED this 25th day of July, 2023.


Troy L. Nunley
United States District Judge